PER CURIAM.
Affirmed. See Hoffman v. Jones, Fla. 1973, 280 So.2d 431; Wheeler v. Yellow Cab Co. of Orlando, Fla.1953, 66 So.2d 501; Babcock v. Flowers, 144 Fla. 479, 198 *362 So. 326; Thompson v. Jacobs, Fla.App.1975, 314 So.2d 797; Brassell v. Brethauer, Fla.App.1974, 305 So.2d 217; Industrial Waste Service, Inc. v. Henderson, Fla. App.1974, 305 So.2d 42; Carson v. Iacona, Fla.App.1973, 281 So.2d 226; Dabney v. Yapa, Fla.App.1966, 187 So.2d 381; 2 Fla. Jur., New Trial § 44.